**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*March 03, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | NO. 4:20-CR-641-S |
| ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI § § | |
| MOHAMMED "MOE" AMER FAISAL AL QAYSI § § | |
| HAMI JAMSHID a/k/a JAMSHID AHMADZAI § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT**:

### COUNT ONE

**(False Statement in Naturalization Application)**

On or about January 14, 2016, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI,**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: in Part 11, on page thirteen of his Form N-400, Application for Naturalization, defendant, **ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI,** falsely answered "No" when asked if he had "ever been a member of, or in any way associated (*either directly* or *indirectly*) with . . . A terrorist organization."

In violation of Title 18, United States Code, Sections 1015(a) and 2.

## COUNT TWO

### (False Statement in Naturalization Application)

On or about January 14, 2016, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI,**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: in Part 11, on page fifteen of his Form N-400, Application for Naturalization, defendant **ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI** falsely answered "No" when asked if he were "**ever** a part of any group, or did [he] ever help any group, unit, or organization that used a weapon against any person, or threatened to do so."

In violation of Title 18, United States Code, Sections 1015(a) and 2.

## COUNT THREE

### (False Statement in Naturalization Application)

On or about January 14, 2016 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI,**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: in Part 11, on page fifteen of his Form N-400, Application for Naturalization, defendant **ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI** falsely answered "No" when asked if he "**ever** committed, assisted in committing, or attempted to commit, a crime or offense for which you were **not** arrested."

In violation of Title 18, United States Code, Sections 1015(a) and 2.

# COUNT FOUR

### (Conspiracy to Commit Wire Fraud)

Beginning on or about the year January 1, 2015, and continuing until on or about March 10, 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI,
MOHAMMED "MOE" AMER FAISAL AL QAYSI and
HAMI JAMSHID a/k/a JAMSHID AHMADZAI,**

did knowingly combine, conspire, confederate, and agree with each other and with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and in execution of said scheme and artifice, transmit or cause to be transmitted by means of wire in interstate commerce, writings, signs, signals, pictures and sounds for the purpose of executing said scheme or artifice to defraud in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Section 1349.

## COUNT FIVE

### (Aggravated Identity Theft)

On or about March 10, 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**ABDULRAHMAN MOHAMMED HAFEDH ALQAYSI,**

defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another, that is, the name, address, and credit card numbers of C.P., during and in relation to a violation of 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud) knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Sections 1028A(a)(1).

## COUNT SIX

### (False Statement in Naturalization Application)

On or about June 12, 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**MOHAMMED "MOE" AMER FAISAL AL QAYSI,**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: in Part 12, on page fourteen of his Form N-400, Application for Naturalization, defendant **MOHAMMED "MOE" AMER FAISAL AL QAYSI** falsely answered "No" when asked if he "**EVER** committed, assisted in committing, or attempted to commit, a crime or offense for which you were **NOT** arrested."

In violation of Title 18, United States Code, Sections 1015(a) and 2.

## COUNT SEVEN

### (False Statement in Naturalization Application)

On or about February 23, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**HAMI JAMSHID a/k/a JAMSHID AHMADZAI,**

did knowingly make a false statement under oath, in a case, proceeding and matter relating to, under, and by virtue of a law of the United States relating to naturalization, citizenship or registry of aliens, to wit: in Part 12, on page fourteen of his Form N-400, Application for Naturalization, defendant **HAMI JAMSHID a/k/a JAMSHID AHMADZAI** falsely answered "No" when asked if he "**EVER** committed, assisted in committing, or attempted to commit, a crime or offense for which you were **NOT** arrested."

In violation of Title 18, United States Code, Sections 1015(a) and 2.

## COUNT EIGHT

### (Procurement of citizenship or naturalization unlawfully)

From on or about February 23, 2019, to December 11, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**HAMI JAMSHID a/k/a JAMSHID AHMADZAI,**

knowingly procured and attempted to procure, contrary to law, his own naturalization, in violation of Title 18, United States Code, Section 1425(a) by making a false statement on his Application for Naturalization, Form N-400, to wit: in Part 12, on page fourteen of his Form N-400, Application for Naturalization, defendant **HAMI JAMSHID a/k/a JAMSHID AHMADZAI** falsely answered "No" when asked if he "**EVER** committed, assisted in committing, or attempted to commit, a crime or offense for which you were **NOT** arrested."

In violation of Title 18, United States Code, Sections 1425(a) and 2.

A TRUE BILL

**Original Signature on File**

FORE                    JURY

JENNIFER B. LOWERY
United States Attorney
Southern District of Texas

By: _____
ALAMDAR S. HAMDANI
Assistant United States Attorney

8