Case 4:20-cr-00641   Document 134   Filed on 12/16/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § § | Case No. 20-cr-00641 |
| MOHAMMED "MOE" AMER FAISAL AL QAYSI § § § § | |
| *Defendant* § | |

### ORDER ON DEFENDANT MOHAMMED "MOE" AMER FAISAL AL QAYSI'S UNOPPOSED MOTION TO CONTINUE TRIAL

On this date, came to be con9sidered the Motion to Continue Re-Arraignment by Defendant, Raul Manuel Delacruz. After considering the same, the Court finds that the motion be GRANTED. This matter is scheduled for a hearing on January 16, 2025 at 9:15 a.m.

SIGNED AND ENTERED ON December 16, 2024.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE