Case 4:20-cr-00641   Document 141   Filed on 01/22/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Case No. 20-cr-00641 |
| § § § | |
| MOHAMMED "MOE" AMER § FAISAL AL QAYSI § § § | |
| *Defendant* § | |

## ORDER

On this date, came to be considered the oral motion by the Defendant to modify his conditions of release to permit him to remove the condition of stand alone monitoring with a global positioning system (GPS) technology using an ankle monitor. The Government does not oppose this motion.

The Court finds that the motion be GRANTED. It is hereby ORDERED that the conditions of release [Doc. 33] be amended to remove the condition requiring stand alone monitoring [(7)(p)(iv)] and Pretrial Services is authorized to remove the GPS ankle monitor from the Defendant. The Defendant is to abide by all other conditions of release.

SIGNED AND ENTERED ON   January 22, 2025

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

1