Case 4:20-cr-00641   Document 152   Filed on 04/23/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | Case No. 20-cr-00641-002 |
| **MOHAMMED "MOE" AMER FAISAL AL QAYSI,** | § § § § | |
| *Defendant* | § | |

### ORDER ON
### DEFENDANT MOHAMMED "MOE" AMER FAISAL AL QAYSI'S
### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The Court has considered the Unopposed Motion to Continue Sentencing, wherein counsel for Defendant, Mohammed "Moe" Amer Faisal Al Qaysi, has represented that more time is needed to prepare for the sentencing hearing. Based on the representations made in the Motion to Continue, the Court finds that the motion is GRANTED.

Sentencing is scheduled to take place on  May 22, 2025 at 9:30 AM.

SIGNED and ENTERED on  April 23, 2025.

HON. ALFRED J. BENNETT
UNITED STATES DISTRICT JUDGE

1